JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | Case No.   CV 09-04208-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS** |
| HUY TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br><br>Defendants. | Case No.   CV 09-04429-JSW<br>(Related Case) |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

| | | |
|---|---|---|
| SALVADOR PEREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, EBRAHIM SHABUDIN, CRAIG S. ON, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, BANK OF AMERICA CORPORATION and SANDLER O'NEILL + PARTNERS, L.P.,<br><br>Defendants. | Case No. | CV 09-04492-JSW<br>(Related Case) |
| DOMINIQUE DURBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br><br>Defendants. | Case No. | CV 09-04513-JSW<br>(Related Case) |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

WHEREAS, on September 11, 2009, plaintiff Guohua Zhu filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Action of 1934 (the "Exchange Act") on behalf of a purported class ("Zhu");

WHEREAS, on September 21, 2009, plaintiff Huy Tran filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("Tran");

WHEREAS, on September 22, 2009, plaintiff Salvador Perez filed a complaint that asserts claims under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("Perez");

WHEREAS, on September 24, 2009, plaintiff Dominique Durbin filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("Durbin");

WHEREAS, on September 30, 2009, this Court granted Motions to Relate Cases to Zhu thereby finding that the Zhu, Tran, Durbin and Perez actions were related (the "Related Cases");

WHEREAS, there have been two other complaints (listed below) filed since September 22, 2009, involving substantially the same claims and overlapping parties as found in the Related Cases, and those actions are also pending in the United States District Courts for the Northern District of California:

- *Waterford v. UCBH Holdings, Inc. et al* (3:09-cv-04449-MHP), filed September 22, 2009 ("Waterford"); and
- *Nygaard v. UCBH Holdings, Inc. et al* (3:09-cv-04505-VRW), filed September 23, 2009 ("Nygaard");

WHEREAS, motions to consolidate the Related Cases and the other actions into a single action and to appoint a lead plaintiff are expected to be filed;

WHEREAS, the parties understand that the lead plaintiff in these actions will file a consolidated complaint;

WHEREAS, the parties agree that defendants should respond to the consolidated complaint filed by lead plaintiff and not to the individual complaints; and

1  WHEREAS, the parties have agreed to a schedule that extends defendants' time to
2  respond to the individual complaints until after a consolidated complaint has been filed.
3  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
4  follows:
5  1. Defendants shall not be required to answer or otherwise respond to the Zhu
6  complaint or the related actions; and
7  2. Defendants shall answer or otherwise respond to a consolidated complaint on a
8  schedule to be agreed upon with the lead plaintiff, or set by the Court.
9  SO STIPULATED.

Dated: October 19, 2009

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN

MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
    Anna Erickson White

Attorneys for Defendant UCBH Holdings, Inc.

Dated: October 19, 2009

TIMOTHY P. CRUDO
Timothy.Crudo@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

By: /s/ Timothy P. Crudo
    Timothy P. Crudo

Attorney for Defendant Thomas Wu

| | | |
|---|---|---|
| 1 | Dated:  October 19, 2009 | NANCI CLARENCE |
| 2 | | nclarence@clarencedyer.com |
| | | Clarence & Dyer LLP |
| 3 | | 899 Ellis Street |
| | | San Francisco, CA 94109 |
| 4 | | Tel.: (415) 749-1800 |
| | | Fax: (415) 749-1694 |
| 5 | | |
| | | By:  /s/ Nanci Clarence |
| 6 | | Nanci Clarence |
| 7 | | Attorney for Defendant Craig On |
| 8 | Dated:  October 19, 2009 | JAMES A. LASSART |
| | | Jlassart@rmkb.com |
| 9 | | Ropers Majeski Kohn Bentley |
| | | 201 Spear Street, Suite 1000 |
| 10 | | San Francisco, CA 94105 |
| | | Tel.: (415) 543-4800 |
| 11 | | Fax: (415) 972-6301 |
| 12 | | By:  /s/ James A. Lassart |
| | | James A. Lassart |
| 13 | | |
| | | Attorney for Defendant Ebrahim Shabudin |
| 14 | | |
| | Dated: October 19, 2009 | LAURENCE M. ROSEN |
| 15 | | lrosen@rosenlegal.com |
| | | The Rosen Law Firm, P.A. |
| 16 | | 333 South Grand Avenue |
| | | 25th Floor |
| 17 | | Los Angeles, CA 90071 |
| | | Tel.: (213) 785-2610 |
| 18 | | Fax: (213) 226-4684 |
| 19 | | PHILLIP P. KIM |
| | | pkim@rosenlegal.com |
| 20 | | The Rosen Law Firm, P.A. |
| | | 350 5th Avenue |
| 21 | | Suite 5508 |
| | | New York, NY 10118 |
| 22 | | Tel: (212) 686-1060 |
| | | Fax: (212) 202-3827 |
| 23 | | |
| | | By:  /s/ Laurence M. Rosen |
| 24 | | Laurence M. Rosen |
| 25 | | Attorneys for Plaintiff Guohua Zhu |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

3

| | | |
|---|---|---|
| 1 | Dated: October 19, 2009 | ERIK D. PETERSON |
| 2 | | RAMZI ABADOU |
| | | epeterson@btkmc.com |
| | | rabadou@btkmc.com |
| 3 | | Barroway Topaz Kessler Meltzer Check, LLP |
| | | 580 California Street |
| 4 | | Suite 1750 |
| | | San Francisco, CA 94104 |
| 5 | | Tel.: (415) 400-3000 |
| | | Fax: (415) 400-3001 |

By: /s/ Erik D. Peterson
    Erik D. Peterson

Attorneys for Plaintiff Salvador Perez

Dated: October 19, 2009

MICHAEL M. GOLDBERG
LIONEL Z. GLANCY
info@glancylaw.com
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160

By: /s/ Michael M. Goldberg
    Michael M. Goldberg

Howard G. Smith
Law Offices Of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

    Attorneys for Plaintiffs Dominique Durbin
    and Huy Tran

Ira M. Press
Kirby McInerney LLP
825 Third Ave, 16th Floor
New York, NY 10022
Telephone: (212) 317-2300
Facsimile: (212) 751-2540

Brian P. Murray
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone:   (212) 682-1818
Facsimile:   (212) 682-1892

    Attorneys for Plaintiff Dominique Durbin

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:  ___October 22___, 2009              _____
                                                The Honorable Jeffrey S. White
4                                               United States District Judge

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

5