DARRIN L. WILLIAMS
RANDALL K. PULLIAM
**CARNEY WILLIAMS BATES BOZEMAN & PULLIAM, PLLC**
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile (501) 312-8505
dwilliams@carneywilliams.com
rpulliam@carneywilliams.com

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
JACQUELINE S. CORLEY (173752)
**KERR & WAGSTAFFE, LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com
sawyer@kerrwagstaffe.com

Attorneys for Proposed Lead Plaintiff
The Firefighters' Pension System of the
City of Kansas City, Missouri Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | Case No. CV 09-04208-JSW<br><br>**THE FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES**<br><br>DATE: December 18, 2009<br>TIME: 9:00<br>COURTROOM: 11 |

| | |
|---|---|
| HUY TRAN, Individually and On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br>    Defendants. | Case No.    CV 09-04429-JSW<br>(Related Case) |
| SALVADOR PEREZ, Individually and On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC., THOMAS S. WU, EBRAHIM SHABUDIN, CRAIG S. ON, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, BANK OF AMERICA CORPORATION and SANDLER O'NEILL + PARTNERS, L.P.,<br>    Defendants. | Case No.    CV 09-04492-JSW<br>(Related Case) |
| DOMINIQUE DURBIN, individually and On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br>    Defendants. | Case No.    CV 09-04513-JSW<br>(Related Case) |
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN,<br>    Defendants. | Case No.    CV 09-0449-MHP |

| | |
|---|---|
| DANIEL NYGAARD, WENDY FONG, JAMES ELAM, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN,<br><br>    Defendants. | Case No.    CV 09-04505-VRM |

The Firefighters' Pension System of the City of Kansas City, Missouri ("Kansas City Firefighters' Pension System") respectfully submits this memorandum of law in further support of its Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Counsel, and Consolidation of Related Cases. Based upon a review of the submissions by other lead plaintiff applicants, it appears that the Kansas City Firefighters' Pension System does not have the largest financial interest in the relief sought in this case. Kansas City Firefighters' Pension System, however, remains ready, willing and able to serve as Lead Plaintiff should it be determined that for any reason, the movants with larger losses than the Kansas City Firefighters' Pension System are inadequate, atypical or procedurally barred from leading this litigation on behalf of the putative Class.

DATED: November 25, 2009      **KERR & WAGSTAFFE LLP**

By ____s/_____
JACQUELINE S. CORLEY

Attorneys for Proposed Lead Plaintiff
The Firefighters' Pension System of the
City of Kansas City, Missouri Trust

**Proposed Liaison Counsel and Proposed Lead Counsel**

**CARNEY WILLIAMS BATES BOZEMAN & PULLIAM, PLLC**
Darrin L. Williams
Randall K. Pulliam

## PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On, November 25, 2009 I served the following document(s):

**THE FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES**

on the parties listed below as follows:

**SEE ATTACHED SERVICE LIST**

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 25, 2009, at San Francisco, California.

                        s/
                        Andrew Hanna