IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | No. C 09-4208 JSW<br>No. C 09-4429 JSW<br>No. C 09-4513 JSW<br><br>**ORDER TO SHOW CAUSE** |
| HUY TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON.<br><br>Defendants. | |
| DOMINIQUE DURBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON.<br><br>Defendants. | |

On November 25, 2009, Defendant UCBH Holdings, Inc. ("UCBH") filed a Notice of Bankruptcy Filing and Automatic Stay. The Notice provides that on November 24, 2009, UCBH filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay as to all actions against UCBH.

By no later than December 11, 2009, the parties in the above captioned matter shall file simultaneous briefs explaining what effect, if any, the stay as to UCBH has on the case with respect to the other parties. In particular, the parties should address whether the case may proceed against the remaining defendants even if issues decided as to the claims raised against them may operate as issue preclusion with respect to the claims against UCBH.

**IT IS SO ORDERED.**

Dated: December 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE