MARK C. MOLUMPHY (#168009)
mmolumphy@cpmlegal.com
JORDANNA G. THIGPEN (#232642)
jthigpen@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Counsel for the Yan Group*

BROWER PIVEN
  A Professional Corporation
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

*Counsel for the Yan Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOHUA ZHU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, AND EBRAHIM SHABUDIN,<br><br>　　　　　　　　　Defendants. | No. 3:09-CV-04208-JSW<br><br>CLASS ACTION<br><br>NOTICE OF WITHDRAWAL OF YAN GROUP'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>DATE: FRIDAY, DECEMBER 18, 2009<br>TIME:  9:00 A.M.<br>CTRM: 11 |

*[caption continued after signatures]*

PLEASE TAKE NOTICE that on November 10, 2009, the Yan Group (compromised of Bai Zhi Yan ("Mr. Yan"), Yan Properties, Inc., and Daylee Home Brother, Inc.) moved this Court for an order: (1) to consolidate, pursuant to Fed. R. Civ. P. 42, the related securities fraud class actions filed against UCBH Holdings, Inc. and other defendants; (2) to be appointed Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995; and (3) for approval of its selection of the law firm of Brower Piven, A Professional Corporation, as Lead Counsel and Cotchett, Pitre & McCarthy as Liaison Counsel for the Class.  The other movants were: (1) Kyung Cho; (2) The Pension Trust Fund for Operating Engineers ("Operating Engineers"); (3) The Dekalb Pension Fund; (4) Chite Lai; (5) Louisiana Municipal Police Employees' Retirement System and City of Philadelphia Board of Pensions and Retirement (the "Pension Funds"); (6) The Firefighters' Pension System of the City of Kansas City, Missouri Trust (the "Kansas City Firefighters' Pension System"); (7) Mark Cooper (individually and on behalf of Baz Ventures LLC, the Zachary Cooper Trust, and Mark Cooper & Deborah Cooper JT Ten); and (8) Lap Yin Chan and Wai Shan Chan (the "Chans").  *See* Dkt. Nos. 14, 24, 28, 30, 35, 39, 43, 44, 49.[1]  On November 25, 2009, only four movants filed opposition papers: (1) the Yan Group; (2) Kyung Cho; (3) DeKalb; and (4) Operating Engineers.  *See* Dkt. Nos. 64, 69, 70, 72.[2]  Defendant Craig S. On also filed a response to the competing motions.  *See* Dkt. No. 67.

In light of the personal nature of the attacks on Mr. Yan, notwithstanding that he and his companies have, by far, the greatest financial loss of any of the other lead plaintiff movants, Mr.

---

[1] All docket entries will be to the docket in *Zhu v. UCBH Holdings, Inc. et al.*, No. 3:09-cv-04208-JSW (filed Sept. 11, 2009), unless otherwise noted.

[2] Chite Lai withdrew his motion on November 20, 2009.  *See* Dkt No. 61.  The Pension Funds and Kansas City Firefighters' Pension System filed non-oppositions, conceding that they did not have the largest financial interest in this litigation.  *See* Dkt. Nos. 62, 66.

Yan, on behalf of himself and his companies, does not wish to engage further in the lead plaintiff process in these actions and, therefore, the Yan Group hereby withdraws its motion to be appointed lead plaintiff and to approve proposed lead plaintiff's selection of counsel.  This notice shall have no effect on, and is without prejudice to, the Yan Group's members' rights as members of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment or otherwise.

DATED:  December 4, 2009

**COTCHETT, PITRE & McCARTHY**

MARK C. MOLUMPHY (#168009)
JORDANNA G. THIGPEN (#232642)


         /s/ *MARK C. MOLUMPHY*
              *MARK C. MOLUMPHY*
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Counsel for the Yan Group*

**BROWER PIVEN**
   A Professional Corporation
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

*Counsel for the Yan Group*

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | HUY TRAN, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>     vs.<br><br>UCBH HOLDINGS, INC., THOMAS WU, AND CRAIG ON,<br><br>                    Defendants. | Civil Action No. 3:09-cv-04429-JSW |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>     vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN<br><br>                    Defendants. | Civil Action No. 3:09-cv-04449-MPH |
| 17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | DOMINIQUE DURBIN, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>     vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN<br><br>                    Defendants. | Civil Action No. 3:09-cv-04513-JSW |

| | |
|---|---|
| DANIEL NYGAARD, WENDY FONG, AND JAMES ELAM, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>VS.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG S. ON,<br><br>                    Defendants. | Civil Action No. 3:09-cv-04505-VRW |

Notice of Withdrawal of Yan Group's Motion - 09-CV-04208-JSW

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2009, I electronically filed the foregoing Notice of Withdrawal of Yan Group's Motion to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel using the CM/ECF system which will send notification of such filing to the registered participants with the CM/ECF system.

                                        */s/ Mark C. Molumphy*
                                        Mark C. Molumphy