UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUOHUA ZHU,

        Plaintiff,

  v.

UCBH HOLDINGS et al,

        Defendant.

Case Number: CV09-04208 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. Lynn Schoenmann
800 Powell Street
San Francisco, CA 94108

Dated: December 15, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk