1   CROWELL & MORING LLP
     Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com)
2   Suzanne E. Rode (CSB No. 253830, srode@crowell.com)
     275 Battery Street, 23rd Floor
3   San Francisco, CA  94111
     Telephone: 415.986.2800
4   Facsimile: 415.986.2827

5

6

7

8                UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12   GUOHUA ZHU, Individually and On     Chapter Number:  7
      Behalf of All Others Similarly Situated,
13                        Case No.  09-4208 JSW
                                     09-4429 JSW
14             Plaintiff,                  09-4449 JSW
                                     09-4513 JSW
15   v.                                09-4505 JSW

16   UCBH HOLDINGS, INC., THOMAS S.
      WU, and EBRAHIM SHABUDIN,
17                        **[PROPOSED] ORDER GRANTING**
               Defendants.     **MISCELLANEOUS ADMINISTRATIVE**
18                        **MOTION OF BANKRUPTCY TRUSTEE E.**
                        **LYNN SCHOENMANN PURSUANT TO**
19                        **LOCAL RULES 7-11 AND 6-3 TO EXTEND**
                        **TIME TO RESPOND TO COURT ORDER**
20                        **DATED DECEMBER 14, 2009**
      HUY TRAN, Individually and On Behalf
21   of All Others Similarly Situated,

22

23              Plaintiff,

24   v.

25   UCBH HOLDINGS, INC., THOMAS S.
      WU, and CRAIG ON,
26
               Defendants.
27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1    DOMINIQUE DURBIN, Individually and
     On Behalf of All Others Similarly Situated,

2

3                        Plaintiff,

4    v.

5    UCBH HOLDINGS, INC. THOMAS S.
     WU, and CRAIG ON.

6
                         Defendants.

7

8    WATERFORD TOWNSHIP GENERAL
     EMPLOYEES RETIREMENT SYSTEM,

9    Individually and On Behalf of All Others
     Similarly Situated,

10
                         Plaintiff,

11

12   v.

13   UCBH HOLDINGS, INC., THOMAS S.
     WU, CRAIG ON, and EBRAHIM

14   SHABUDIN,

15                       Defendants.

16   DANIEL NYGAARD, WENDY FONG,
     JAMES ELAM, Individually and On

17   Behalf of All Others Similarly Situated,

18                       Plaintiffs,

19   v.

20   UCBH HOLDINGS, INC, THOMAS S.
     WU, CRAIG ON, and EBRAHIM

21   SHABUDIN,

22                       Defendants.

23   The Court, having reviewed the Miscellaneous Administrative Motion of Bankrtupcy Trustee E.
     Lynn Schoenmann Pursuant To Local Rules 7-11 And 6-3 To Extend Time To Respond To Court

24   Order Dated December 14, 2009, and good cause appearing, HEREBY ORDERS that the motion
     is granted.  E. Lynn Schoenmann shall have until January 11, 2010 to respond to this Court's

25   Order dated December 14, 2009.

26   Dated:  January 6, 2010                    .   _____
                                                    Jeffrey S. White

27                                                  United States District Judge

28   106065\0000001\902000790.1

CROWELL
& MORING LLP
ATTORNEYS AT LAW

~~Proposed~~ Order Granting            -2-            CASE NO. 09-4208-JSW, ET SEQ
Administrative Motion