Robert C. Schubert (State Bar No. 62684)
rschubert@schubertlawfirm.com
Willem F. Jonckheer (State Bar No. 178748)
wjonckheer@schubertlawfirm.com
Dustin L. Schubert (State Bar No. 254876)
dschubert@schubertlawfirm.com
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Proposed Liaison Counsel*

James M. Wilson, Jr. (To Be Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
Robert W. Killorin (Admitted *Pro Hac Vice*)
rkillorin@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

*Attorneys for Movant and Proposed Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUOHUA ZHU, Individually And On Behalf Of All Others Similarly Situated, | ) Case No. CV 09-04208-JSW )<br>) Hon. Jeffrey S. White |
| Plaintiff, | ) ) |
| vs. | ) CLASS ACTION ) |
| UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN, | ) [PROPOSED] ORDER GRANTING<br>) APPLICATION FOR ADMISSION OF<br>) ATTORNEY JAMES M. WILSON, JR. |
| Defendants. | ) *PRO HAC VICE*<br>) ) |

[Proposed] Order Granting Application for Admission of Attorney James M. Wilson, Jr. *Pro Hac Vice*
File No. C 09-04208 JSW

JAMES M. WILSON, JR., an active member in good standing of the State Bar of Georgia whose business address and telephone number is 2300 Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309, (404) 873-3900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Movant The DeKalb County Pension Fund.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 26, 2010

THE HON. JEFFREY S. WHITE
United States District Court Judge

[Proposed] Order Granting Application for Admission of Attorney James M. Wilson, Jr. *Pro Hac Vice*
File No. C 09-04208 JSW