LATHAM & WATKINS LLP
  Steven M. Bauer (State Bar No. 135067)
  Timothy P. Crudo (State Bar No. 143835)
  Matthew Helton (State Bar No. 254441)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: Steven.Bauer@lw.com
Email: Timothy.Crudo@lw.com
Email: Matthew.Helton@lw.com

Attorneys for Defendant
THOMAS S. WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | MASTER FILE<br><br>CASE NO. CV-09-04208-JSW<br><br>Hon. Jeffrey S. White<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS, on January 27, 2010, the Court consolidated the various actions in this matter for all purposes, with *Zhu v. UCBH Holdings, Inc., et al.*, Case No. CV 09-4208-JSW, designated as the lead case and the Master File for every action in the consolidated action, *see* Docket No. 124;

WHEREAS, on January 27, 2010, the Court appointed Kyung Cho as Lead Plaintiff and the Rosen Law Firm as Lead Plaintiff's Counsel and directed the parties to appear at the initial case management conference scheduled for February 26, 2010, *see* Docket No. 124;

WHEREAS, lead counsel for defendant Thomas S. Wu, Steven M. Bauer and Timothy P. Crudo of Latham & Watkins LLP, have previously-scheduled, out-of-state professional commitments on both Friday, February 26, 2010, and Friday, March 5, 2010;

1

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\739389.2

Stipulation to Continue Case Mangagement Conference
Case No. CV-09-04208-JSW

1      WHEREAS, Lead Plaintiff's Counsel, Laurence M. Rosen of the Rosen Law Firm, P.A.,

2  is scheduled to begin trial in another matter on March 1, 2010, which trial may not conclude by

3  Friday, March 12, 2010, and;

4      WHEREAS, it would promote the efficient management of this matter and avoid possible

5  prejudice to the parties to schedule the initial case management conference in this matter so as to

6  permit the parties' lead counsel to attend;

7      THEREFORE IT IS STIPULATED AND AGREED, by and among the parties and their

8  respective counsel of record, that the case management conference in this matter currently

9  scheduled for February 26, 2010 be continued to March 19, 2010 at 1:30 p.m.

10

11  Dated:  February 11, 2010        LATHAM & WATKINS LLP

12

13                               By:__\s\  Timothy P. Crudo_____

14                                 Timothy P. Crudo
                               Attorneys for Defendant

15                                 Thomas S. Wu

16  Dated:  February 11, 2010        MORRISON & FOERSTER

17

18                               By:_____\s_____

19                                 Anna Erickson White
                               Attorneys for Defendant

20                                 Craig On

21  Dated:  February 11, 2010        ROPERS, MAJESKI, KOHN & BENTLEY

22

23

24                               By:_____\s_____
                               James A. Lassart

25                                 Attorneys for Defendant
                               Ebrahim Shabudin

26

27

28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
SF\739389.2                                          Stipulation to Continue Case Mangaement Conference
                                          Case No. CV-09-04208-JSW

1    Dated:  February 11, 2010                    CROWELL & MORING, LLP

2

3

4                                                 By:_____\s_____
                                                       Thomas F. Koegel
                                                       Attorneys for E. Lynn Schoenmann
5                                                      Chapter 7 Trustee of UCBH Holdings, Inc.

6

7    Dated:  February 11, 2010                    THE ROSEN LAW FIRM, P.A.

8

9                                                 By:_____\s_____
                                                       Laurence M. Rosen
10                                                     Lead Plaintiffs' Counsel

11

12           IT IS SO ORDERED.

13

14   Dated:  February 12, 2010                    _____
                                                  THE HON. JEFFREY S. WHITE
15                                                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         3