Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Phillip Kim, Esq. (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Lead Counsel for Lead Plaintiff Kyung Cho and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> UCBH HOLDINGS, INC., THOMAS S. WU, AND EBRAHIM SHABUDIN, <br><br> Defendants. | Case No.   CV 09-04208-JSW <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED DEADLINES** <br><br> **Hon. Jeffrey S. White** |

WHEREAS, on March 12, 2010 court-appointed Lead Plaintiff Kyung Cho ("Plaintiff") filed a Joint Case Management Statement (docket no. 128), requesting that Plaintiff be allowed to file the consolidated amended complaint on May 24, 2010—the

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

date when it was estimated that the FDIC Office of Inspector General would issue a Material Loss Review report concerning UCBH Holdings, Inc.'s ("UCBH") bank failure;

WHEREAS, Plaintiff's counsel recently learned from the FDIC Office of Inspector General that the Material Loss Review report concerning UCBH is to be issued on July 20, 2010;

WHEREAS, Plaintiff's counsel should have an opportunity to examine UCBH's Material Loss Review prior to filing the consolidated amended complaint because it will further judicial economy. Under Section 38(k) of the Federal Deposit Insurance Act, a Material Loss Review will ascertain the reasons for UCBH's failure. Thus, UCBH's Material Loss Review may streamline the consolidated amended complaint, narrow the issues on the anticipated motions to dismiss, and/or may cause certain defendants to answer rather than move;

WHEREAS, on March 22, 2010 the Court entered an Order (docket no. 135) setting the following schedule:

- Amended complaint due by May 24, 2010;
- Responsive pleading due by July 23, 2010;
- Case management statement due by October 1, 2010; and
- Case management conference set for October 8, 2010, at 1:30 p.m.

WHEREAS, Plaintiff's counsel has conferred with counsel for E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc., and the Trustee does not object to this Stipulation;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that:

1. The current schedule should be adjusted as follows:
   - Amended complaint due by August 10, 2010;
   - Responsive pleading due by October 11, 2010; and

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

- The case management conference should be adjourned to a date 77 days following the responsive pleading deadline and the case management statement deadline should be seven days prior to the new date.

SO STIPULATED

Dated: May 13, 2009            LAURENCE M. ROSEN (SBN # 219683)
lrosen@rosenlegal.com
The Rosen Law Firm, P.A.
333 South Grand Avenue
25th Floor
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684

and

PHILLIP KIM (*pro hac vice*)
pkim@rosenlegal.com
The Rosen Law Firm, P.A.
350 5th Avenue
Suite 5508
New York, NY 10118
Tel: (212) 686-1060
Fax: (212) 202-3827

By:    /s/ Phillip Kim
      Phillip Kim

Lead Counsel for Lead Plaintiff Kyung Cho

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

| | |
|---|---|
| Dated:  May 13, 2010 | ANNA ERICKSON WHITE |
| | MORRISON & FOERSTER LLP |
| | By: /s/ Anna Erickson White |
| |      Anna Erickson White |
| | Attorneys for Defendant Craig On |
| | ** Signed by filing party with consent. |
| Dated:  May 13, 2010 | TIMOTHY P. CRUDO |
| | LATHAM & WATKINS LLP |
| | By:   /s/ Timothy P. Crudo |
| |      Timothy P. Crudo |
| | Attorney for Defendant Thomas Wu |
| | ** Signed by filing party with consent |
| Dated:  May 13, 2010 | JAMES A. LASSART |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By:   /s/ James A. Lassart |
| |      James A. Lassart |
| | Attorney for Defendant Ebrahim Shabudin |
| | ** Signed by filing party with consent. |

4

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT:

1. The case management conference scheduled for October 8, 2010, at 1:30 p.m. is adjourned to January 7, 2011, ~~2010~~ at 1:30 p.m.; and

2. The parties' case management statement is due December 29, 2010.

Dated: May 17, 2010

_____
The Honorable Jeffrey S. White
United States District Judge

5

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE
CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED
DEADLINES
Case no. CV 09-04208-JSW