JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Individual Defendant
Craig S. On, Dennis Wu; Robert Nagel; John M. Kerr; Daniel
M. Gautsch; Douglas Mitchell; Burton D. Thompson; Joseph J.
Jou; Pin Pin Chau; Li-Lin Ko; Godwin Wong; David Ng; Daniel
P. Riley; and Richard Li-Chung Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG,<br><br>Defendants. | Master Case No. CV-09-4208-JSW (Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO THE CONSOLIDATED AMENDED COMPLAINT AND ADJUSTING RELATED DEADLINES**<br><br>Judge: Hon. Jeffery S. White<br>Courtroom: 11, 19th Floor |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO THE
CONSOLIDATED AMENDED COMPLT. AND ADJUSTING RELATED DEADLINES
Case No. CV 09-04208 JSW
sf-2899376

1

1       WHEREAS, on August 10, 2010, Lead Plaintiff Kyung Cho, Rex Dechakul, and David Hwang, (collectively, "Plaintiffs") filed the Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint");

       WHEREAS, the joint stipulation and Court order entered on May 17, 2010 provided that Defendants Thomas S. Wu, Ebrahim Shabudin, and Craig On would file a responsive pleading by October 11, 2010, but did not establish a briefing schedule or hearing date;

       WHEREAS, the May 17, 2010 joint stipulation and order also set a case management conference for January 7, 2011;

       WHEREAS, besides Defendants Thomas S. Wu, Ebrahim Shabudin, and Craig On, who were identified in the initial complaint, the Amended Complaint named fifteen additional individual defendants;

       WHEREAS, certain individual defendants are in the process of moving in the United States Bankruptcy Court, Northern District of California, San Francisco Division (case no. 09-33701 (TEC) ("Bankruptcy Court") for access to insurance proceeds for payment of defense costs and a hearing is scheduled for October 4, 2010;

       WHEREAS, Plaintiffs and Defendants Thomas S. Wu, Ebrahim Shabudin, Craig On, Dennis Wu; Robert Nagel; John M. Kerr; Daniel M. Gautsch; Douglas Mitchell; Burton D. Thompson; Joseph J. Jou; Pin Pin Chau; Li-Lin Ko; James Kwok; Godwin Wong; David Ng; Daniel P. Riley; and Richard Li-Chung Wang (collectively "Defendants") wish to prevent the unnecessary expenditure of Court and party resources while certain individual defendants are moving the Bankruptcy Court for access to insurance to proceeds;

       WHEREAS, Defendants' counsel has conferred with counsel for E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc., and the Trustee does not object to this Stipulation;

       Accordingly, subject to Court approval, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1.      Defendants shall respond to the Amended Complaint on or before November 19, 2010;

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO THE
CONSOLIDATED AMENDED COMPLT. AND ADJUSTING RELATED DEADLINES                                    2
Case No. CV 09-04208 JSW
sf-2899376

1  2.    In the event any of the defendants respond to the Amended Complaint by motion,

2        Plaintiffs' opposition shall be filed on or before ~~January 21~~ January 7, 2011;

3  3.    Defendants shall file any reply papers on or before ~~March 7~~ January 28, 2011;

4  4.    The hearing on any motions filed shall be on ~~March 25~~ February 18, 2011 at 9:00 a.m., or at such time

5        thereafter that is convenient to the Court;

6  5.    The case management conference scheduled for January 7, 2011 at 1:30 p.m., shall be

7        rescheduled to ~~May 20~~ March 18, 2011 at 1:30 p.m., or at such time thereafter that is convenient to

8        the Court; and

9  6.    The parties shall file a Joint Case Management Conference Statement one week prior to

10       the conference.

Dated: September 29, 2010         JORDAN ETH
                                  ANNA ERICKSON WHITE
                                  CRAIG D. MARTIN
                                  MORRISON & FOERSTER LLP


                                  By:  /s/ Anna Erickson White
                                       ANNA ERICKSON WHITE

                                  Attorneys for Individual Defendants Craig
                                  S. On, Dennis Wu; Robert Nagel;
                                  John M. Kerr; Daniel M. Gautsch;
                                  Douglas Mitchell; Burton D. Thompson;
                                  Joseph J. Jou; Pin Pin Chau; Li-Lin Ko;
                                  Godwin Wong; David Ng; Daniel P.
                                  Riley; and Richard Li-Chung Wang

Dated: September 27, 2010         LAURENCE M. ROSEN (SBN # 219683)
                                  and
                                  PHILLIP KIM (*pro hac vice*)
                                  THE ROSEN LAW FIRM, P.A.


                                  By:  /s/ Phillip Kim
                                       PHILLIP KIM

                                  Lead Counsel for Lead Plaintiff Kyung Cho

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO THE
CONSOLIDATED AMENDED COMPLT. AND ADJUSTING RELATED DEADLINES        3
Case No. CV 09-04208 JSW
sf-2899376

| | | |
|---|---|---|
| Dated: September 27, 2010 | | TIMOTHY P. CRUDO<br>LATHAM & WATKINS LLP |

By:  /s/ Timothy P. Crudo
TIMOTHY P. CRUDO

Attorney for Defendant Thomas S. Wu

Dated: September 27, 2010        JAMES A. LASSART
ROPERS, MAJESKI, KOHN & BENTLEY

By:  /s/ James A. Lassart
JAMES A. LASSART

Attorney for Defendant Ebrahim Shabudin

PURSUANT TO STIPULATION, ~~IT IS SO ORDERED~~. AS MODIFIED, IT IS SO ORDERED.

Dated:  October 5, 2010 , ~~2009~~

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO THE
CONSOLIDATED AMENDED COMPLT. AND ADJUSTING RELATED DEADLINES
Case No. CV 09-04208 JSW
sf-2899376

4