JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Individual Defendants
Craig S. On; Dennis Wu; Joseph J. Jou; Pin Pin
Chau; Li-Lin Ko; Godwin Wong; David Ng;
Daniel P. Riley; and Richard Li-Chung Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG,<br><br>Defendants. | Master Case No.   CV-09-4208-JSW<br>(Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE BRIEFS RE MOTION TO DISMISS IN EXCESS OF 15 PAGES**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor |

1        WHEREAS, on August 10, 2010, Lead Plaintiff Kyung Cho, Rex Dechakul, and David Hwang (collectively "Plaintiffs") filed the Consolidated Amended Complaint for Violations of the Federal Securities Laws in the above-entitled matter;

        WHEREAS, Thomas S. Wu, Ebrahim Shabudin, Craig On, Dennis Wu, Robert Nagel, John M. Kerr, Daniel M. Gautsch, Douglas Mitchell, Burton D. Thompson, Joseph J. Jou, Pin Pin Chau, Li-Lin Ko, Godwin Wong, David Ng, Daniel P. Riley, and Richard Li-Chung Wang (collectively "Defendants") are scheduled to file their motions to dismiss on November 19, 2010, Plaintiffs' oppositions to the motions to dismiss are due on January 7, 2011, and Defendants' replies in support of their motions to dismiss are due on January 28, 2011;

        WHEREAS, all of the Defendants intend on filings motions to dismiss, with certain defendants making their arguments together in a single motion;

        WHEREAS, although Civil Local Rules 7-2 and 7-3 allow for the filing of briefs up to 25 pages in length, this Court's Standing Order limits briefs on motions to dismiss to 15 pages;

        WHEREAS, the parties have conferred, and believe that in light of the number and complexity of issues presented by the Defendants' anticipated motions to dismiss, including the fact that certain motions to dismiss will be filed on behalf of multiple defendants, it will be helpful to the parties and to the Court, to permit the Defendants to file opening briefs on their respective motions not to exceed 25 pages, for Plaintiffs to file an opposition brief not to exceed 25 pages for each of the motions to dismiss, and for Defendants to file reply briefs not to exceed 15 pages, inclusive of summaries of argument;

        Accordingly, subject to Court approval, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that, Defendants may file opening briefs not to exceed 25 pages for their respective motions to dismiss, Plaintiffs may file an opposition brief not to exceed 25 pages for each motion to dismiss, and Defendants may file reply briefs not to exceed 15 pages, exclusive of title pages, indices of cases, tables of contents, and exhibits, but inclusive of summaries of arguments.

STIP. & [PROP] ORDER TO FILE BRIEFS RE MOTIONS TO DISMISS IN EXCESS OF 15 PAGES
Case No. CV 09-04208 JSW
sf-2906534

1

| | | |
|---|---|---|
| 1 | Dated: November 12, 2010 | JORDAN ETH |
| 2 | | ANNA ERICKSON WHITE |
| | | CRAIG D. MARTIN |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | |
| 5 | | By: /s/ Anna Erickson White |
| | | ANNA ERICKSON WHITE |
| 6 | | Attorneys for Individual Defendants |
| 7 | | Craig S. On; Dennis Wu; Joseph J. Jou; Pin Pin Chau; Li-Lin Ko; Godwin Wong; David Ng; Daniel P. Riley; and Richard Li-Chung Wang |
| 8 | | |
| 9 | Dated: November 12, 2010 | LAURENCE M. ROSEN |
| | | PHILLIP KIM (*pro hac vice*) |
| 10 | | THE ROSEN LAW FIRM, P.A. |
| 11 | | |
| 12 | | By: /s/ Phillip Kim |
| | | PHILLIP KIM |
| 13 | | |
| 14 | | Lead Counsel for Plaintiffs |
| 15 | Dated: November 12, 2010 | TIMOTHY P. CRUDO |
| | | STEVEN M. BAUER |
| 16 | | MATTHEW C. HELTON |
| 17 | | LATHAM & WATKINS LLP |
| 18 | | |
| 19 | | By: /s/ Timothy P. Crudo |
| | | TIMOTHY P. CRUDO |
| 20 | | Attorneys for Defendant |
| 21 | | Thomas S. Wu |
| 22 | Dated: November 12, 2010 | JAMES A. LASSART |
| 23 | | ROPERS, MAJESKI, KOHN & BENTLEY LLP |
| 24 | | |
| 25 | | By: /s/ James A. Lassart |
| | | JAMES A. LASSART |
| 26 | | Attorneys for Defendant |
| 27 | | Ebrahim Shabudin |
| 28 | | |

STIP. & [PROP] ORDER TO FILE BRIEFS RE MOTIONS TO DISMISS IN EXCESS OF 15 PAGES
Case No. CV 09-04208 JSW
sf-2906534

2

| | | |
|---|---|---|
| Dated: November 12, 2010 | | DANIEL J. BERGESON<br>GRACE Y. PARK<br>BERGESON LLP |

By: /s/ Grace Y. Park
    GRACE Y. PARK

Attorneys for Defendants
Douglas Mitchell; Daniel M. Gautsch; and
Robert Nagel

Dated: November 12, 2010    WILLIAM P. KEANE
    ANTHONY P. SCHOENBERG
    FARAELLA BRAUN + MARTEL LLP

By: /s/ Anthony P. Schoenberg
    ANTHONY P. SCHOENBERG

Attorneys for Defendant
John M. Kerr

Dated: November 12, 2010    JEFFREY L. BORNSTEIN
    MIKAL J. CONDON
    K&L GATES LLP

By: /s/ Jeffrey L. Bornstein
    JEFFREY L. BORNSTEIN

Attorneys for Defendant
Burton D. Thompson

STIP. & [PROP] ORDER TO FILE BRIEFS RE MOTIONS TO DISMISS IN EXCESS OF 15 PAGES
Case No. CV 09-04208 JSW
sf-2906534

3

**[PROPOSED] ORDER**

If Defendants agree to file one consolidated motion, the motion and opposition to that motion may be up to 25 pages. Otherwise, all motions must not exceed the fifteen page limit restriction.

~~Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.~~

IT IS SO ORDERED.

Dated: November 15, 2010

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIP. & [PROP] ORDER TO FILE BRIEFS RE MOTIONS TO DISMISS IN EXCESS OF 15 PAGES
Case No. CV 09-04208 JSW
sf-2906534

5