United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYUNG CHO, ET AL., Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

UCBH HOLDINGS, INC., ET AL.,

    Defendants.

No. C 09-4208 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS**

Defendants have filed motions to dismiss the Consolidated Amended Complaint, set for hearing on February 18, 2011. (Doc. nos. 156, 161, 163, 164, 165, 166, 167.) The matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and hereby VACATES the hearing set for February 18, 2011. *See* N.D. Civ. L.R. 7-1(b). A written ruling on the motions will issue in due course.

**IT IS SO ORDERED.**

Dated: February 15, 2011

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE