William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Nell K. Clement (State Bar No. 260426)
nclement@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
JOHN M. KERR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO, REX DECHAKUL; AND DAVID HWANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG, <br><br> Defendants. | Case No. CV-09-4208-JSW <br> CV-09-4429-JSW <br> CV-09-4449-JSW <br> CV-09-4513-JSW <br> CV-09-4505-JSW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND JOINT REQUEST FOR [~~PROPOSED~~] ORDER REVISING SCHEDULE FOR CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiffs filed their Consolidated Amended Complaint for Violations of the Federal Securities Laws ("CAC") on August 10, 2010.

WHEREAS, all but one of the individual Defendants who have been served with summons in this matter (excluding Defendants who have been dismissed) filed motions to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR CASE MANAGEMENT CONFERENCE— CV-09-4208-JSW; CV-09-4429-JSW; CV-09-4449-JSW; CV-09-4513-JSW; CV-09-4505-JSW

26175\2538592.1

dismiss the CAC on November 19, 2010, which motions were noticed to be heard on February 18, 2011. Defendant John Cinderey has been served and has not responded to the complaint.

WHEREAS, this Court entered an Order on February 16, 2011 vacating the hearing on Defendants' motions to dismiss. Said motions remain under submission as of the filing of this stipulation.

WHEREAS, a Case Management Conference is scheduled to take place on March 18, 2011 at 1:30 p.m.

WHEREAS, there is currently a stay of discovery pending the Court's decisions on the motions to dismiss,

WHEREAS, the joint case management conference statement is dependent on the date and content of the decisions on the motions to dismiss,

WHEREAS, Defendants' counsel have conferred with counsel for E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc. (as to which this matter is currently stayed), and the Trustee does not object to this Stipulation.

THEREFORE, to allow time for the pending motions to dismiss to be resolved, the parties hereby STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE that the Case Management Conference be continued to May 6, 2011 at 1:30 p.m.

Dated: March 10, 2011             Respectfully submitted,

                                  FARELLA BRAUN + MARTEL LLP


                                  By: /s/ Anthony P. Schoenberg
                                      Anthony P. Schoenberg
                                      Attorneys for Defendant John M. Kerr


Dated: March 10, 2011             LATHAM & WATKINS LLP


                                  By: /s/ Timothy P. Crudo
                                      Timothy P. Crudo
                                      Attorneys for Defendant Thomas S. Wu

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR CASE MANAGEMENT CONFERENCE— CV-09-4208-JSW; CV-09-4429-JSW; CV-09-4449-JSW; CV-09-4513-JSW; CV-09-4505-JSW

- 2 -

26175\2538592.1

| | |
|---|---|
| Dated: March 10, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ James A. Lassart |
| | James A. Lassart |
| | Attorneys for Defendant Ebrahim Shabudin |
| | |
| Dated: March 10, 2011 | MORRISON & FOERSTER LLP |
| | By: /s/ Anna Erickson White |
| | Anna Erickson White |
| | Attorneys for Defendant Craig On, Sylvia Loh, Jonas Miller, Dennis Lee, Dennis Wu, Li-Lin Ko, Joseph J. Jou, David S. Ng, Daniel P. Riley, Richard Wang, Godwin S. Wong, and Pin Pin Chau |
| Dated: March 10, 2011 | BERGESON, LLP |
| | By: /s/ Daniel J. Bergeson |
| | Daniel J. Bergeson |
| | Attorneys for Defendant Daniel M. Gautsch, Douglas Mitchell, and Robert Nagel |
| Dated: March 10, 2011 | K&L GATES LLP |
| | By: /s/ Jeffrey L. Bornstein |
| | Jeffrey L. Bornstein |
| | Attorneys for Defendant Burton Thompson |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR CASE MANAGEMENT CONFERENCE— CV-09-4208-JSW; CV-09-4429-JSW; CV-09-4449-JSW; CV-09-4513-JSW; CV-09-4505-JSW

- 3 -

26175\2538592.1

1 **[PROPOSED] ORDER**

2  Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED

3 THAT the Case Management Conference scheduled for March 18, 2011 at 1:30 p.m. is continued

4 to May 6, 2011 at 1:30 p.m.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  DATED: March 11, 2011

JUDGE OF THE DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED]
ORDER REVISING SCHEDULE FOR CASE MANAGEMENT
CONFERENCE— CV-09-4208-JSW; CV-09-4429-JSW;
CV-09-4449-JSW; CV-09-4513-JSW; CV-09-4505-JSW

26175\2538592.1