1  DARRIN L. WILLIAMS (*Pro Hac Vice Application Pending*)
   RANDALL K. PULLIAM (*Pro Hac Vice Application Pending*)
2  **CARNEY WILLIAMS BATES BOZEMAN
   & PULLIAM, PLLC**
3  11311 Arcade Drive, Suite 200
   Little Rock, Arkansas 72212
4  Telephone: (501) 312-8500
   Facsimile (501) 312-8505
5  dwilliams@carneywilliams.com
   rpulliam@carneywilliams.com
6

7  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
8  **KERR & WAGSTAFFE, LLP**
   100 Spear Street, Suite 1800
9  San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
10 Facsimile: (415) 371-0500
   wagstaffe@kerrwagstaffe.com
11 sawyer@kerrwagstaffe.com

12 Attorneys for Proposed Lead Plaintiff
   The Firefighters' Pension System of the
13 City of Kansas City, Missouri Trust

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | Case No. CV 09-04208-JSW<br><br>**[PROPOSED] ORDER RE WITHDRAWAL OF ATTORNEY JACQUELINE SCOTT CORLEY** |

Case No.    CV 09-04429-JSW

| | |
|---|---|
| HUY TRAN, Individually and On Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br>    Defendants. | (Related Case) |
| SALVADOR PEREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, EBRAHIM SHABUDIN, CRAIG S. ON, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, BANK OF AMERICA CORPORATION and SANDLER O'NEILL + PARTNERS, L.P.,<br><br>    Defendants. | Case No.    CV 09-04492-JSW<br>(Related Case) |
| DOMINIQUE DURBIN, individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br><br>    Defendants. | Case No.    CV 09-04513-JSW<br>(Related Case) |
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN<br>    Defendants. | Case No.    CV 09-0449-MHP |

KERR
  &
WAGSTAFFE
  LLP

Case No. CV 09-04208-JSW                                                              [PROPOSED] ORDER

| | |
|---|---|
| DANIEL NYGAARD, WENDY FONG, JAMES ELAM, On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN,<br><br>            Defendants. | Case No.     CV 09-04505-VRM |

1  Pursuant to Local Rule 11-5, the request of Jacqueline Scott Corley to be withdrawn as an
2  attorney of record for Plaintiff the Firefighters' Pension System of the City of Kansas City,
3  Missouri Trust is hereby granted.
4  To the Clerk of this Court, pursuant to Kerr & Wagstaffe LLP's Notice of Withdrawal the
5  following attorneys shall be removed from the ECF service list:
6  Jacqueline Scott Corley (173752)
7  Plaintiffs shall continue to be represented by the law firm of Kerr & Wagstaffe LLP.
8  IT IS HEREBY ORDERED.

Dated_ April 14, 2011                            _____
                                                 Hon. Jeffrey S. White
                                                 United States District Judge