IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG CHO, ET AL., Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>UCBH HOLDINGS, INC., ET AL.,<br><br>         Defendants. | No. C 09-4208 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The case management conference set for May 6, 2011, is hereby VACATED. The Court will set the date of the case management conference in the Order on the Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: April 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE