Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Phillip Kim, Esq. (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Lead Counsel for Lead Plaintiff Kyung Cho and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG<br><br>Defendants. | Case No.: CV-09-4208-JSW<br>CV-09-4429-JSW<br>CV-09-4449-JSW<br>CV-09-4513-JSW<br>CV-09-4505-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT; ESTABLISHING BRIEFING SCHEDULE; AND ADJUSTING RELATED DEADLINES**<br><br>**Hon. Jeffrey S. White** |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED
CONSOLIDATED COMPLAINT; ESTABLISHING BRIEFING SCHEDULE; AND ADJUSTING
RELATED DEADLINES
Case no. CV 09-04208-JSW

WHEREAS, on May 17, 2011 the Court issued an Order (the "Order"): (1) dismissing the Consolidated Amended Complaint; (2) granting Plaintiffs leave to file an amended complaint on or before June 24, 2011; and (3) setting a case management conference for August 26, 2011, at 1:30 p.m. and requiring the parties to submit a joint case management conference statement by August 19, 2011;

WHEREAS, Plaintiffs' counsel require additional time to prepare an amended complaint in light of the Order which raised a number of complex legal and factual issues;

WHEREAS, Plaintiffs' counsel, Phillip Kim, the attorney primarily responsible for the consolidated amended complaint and the prospective second amended consolidated complaint, has a previously scheduled honeymoon with his wife and will be out of the country in early July, 2011;

WHEREAS, the parties believe that an additional thirty days for Plaintiffs to file the second amended consolidated complaint does not unduly prejudice the parties;

WHEREAS, the parties believe that the establishment of a briefing schedule will promote the orderly and efficient progress of this action;

WHEREAS, previously the Court granted Defendants an extension of time to respond to the original complaints pending the filing of a consolidated complaint, granted Plaintiffs an extension of time to file their consolidated complaint; and ordered a briefing schedule for defendants' motions to dismiss the Consolidated Amended Complaint;

WHEREAS, Plaintiffs' counsel has conferred with counsel for E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc., and the Trustee does not object to this Stipulation;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties through their counsel of record, and subject to Court approval, that:

The schedule for Plaintiffs to file an amended complaint and for Defendants to respond shall be as follows:

- Plaintiffs' Second Amended Consolidated Complaint shall be filed on or before July 25, 2011;
- Defendants' responses to the Second Amended Consolidated Complaint shall be filed on or before September 13, 2011;
- If Defendants file motions challenging the complaint, Plaintiffs' opposition briefs will be due on or before October 28, 2011, and Defendants' reply briefs will be due on or before November 22, 2011.
- The case management conference set for August 26, 2011, is vacated and a new date will be set following the Court's decision on Defendants' motions to dismiss.

IT IS SO STIPULATED.

Dated: June 15, 2011          LAURENCE M. ROSEN (SBN # 219683)
                              PHILLIP KIM (*pro hac vice*)

                              THE ROSEN LAW FIRM, P.A.

                              By:    /s/Phillip Kim
                                     Phillip Kim

                                     Lead Counsel for Lead Plaintiff Kyung Cho

Dated: June 15, 2011          ANNA ERICKSON WHITE

                              MORRISON & FOERSTER LLP
                              By:    /s/ Anna Erickson White
                                     Anna Erickson White

                                     Attorneys for Defendant Craig On, Dennis Wu, Joseph J. Jou, Pin Pin Chau, Li-Lin Ko, Godwin Wong, David Ng, Daniel P. Riley and Richard Li-Chung Wang

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT; ESTABLISHING BRIEFING SCHEDULE; AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

| | | |
|---|---|---|
| 1 | Dated: June 15, 2011 | TIMOTHY P. CRUDO |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | By:  /s/ Timothy P. Crudo |
| 4 | | Timothy P. Crudo |
| 5 | | Attorneys for Defendant Thomas Wu |
| 6 | | |
| 7 | Dated: June 15, 2011 | JAMES A. LASSART |
| 8 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 9 | | By:  /s/ James A. Lassart |
| 10 | | James A. Lassart |
| 11 | | Attorneys for Defendant Ebrahim Shabudin |
| 12 | | |
| 13 | Dated: June 15, 2011 | ANTHONY P. SCHOENBERG |
| 14 | | FARELLA BRAUN + MARTEL LLP |
| 15 | | By:  /s/ Anthony P. Schoenberg |
| 16 | | Anthony P. Schoenberg |
| 17 | | Attorneys for Defendant John M. Kerr |
| 18 | | |
| 19 | Dated: June 15, 2011 | DANIEL J. BERGESON |
| 20 | | BERGESON, LLP |
| 21 | | By:  /s/ Daniel J. Bergeson |
| 22 | | Daniel J. Bergeson |
| 23 | | Attorneys for Defendants Daniel M. Gautsch, Douglas Mitchell, and Robert Nagel |

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT; ESTABLISHING BRIEFING SCHEDULE; AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

Dated: June 15, 2011     JEFFREY L. BORNSTEIN

K&L GATES LLP

By:  /s/ Jeffrey Bornstein
       Jeffrey L. Bornstein

Attorneys for Defendant Burton Thompson

\* Signed with permission of all defense counsel

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT; ESTABLISHING BRIEFING SCHEDULE; AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW

The hearing on the motion to dismiss will be held on December 16, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 16, 2011          _____
                              The Honorable Jeffrey S. White
                              United States District Judge

6

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT; ESTABLISHING BRIEFING SCHEDULE; AND ADJUSTING RELATED DEADLINES
Case no. CV 09-04208-JSW