Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Phillip Kim, Esq. (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Lead Counsel for Lead Plaintiff Kyung Cho and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG<br><br>Defendants. | Case No.: CV-09-4208-JSW<br>CV-09-4429-JSW<br>CV-09-4449-JSW<br>CV-09-4513-JSW<br>CV-09-4505-JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT BY FOUR DAYS**<br><br>**Hon. Jeffrey S. White** |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED
CONSOLIDATED COMPLAINT BY FOUR DAYS
Case no. CV 09-04208-JSW

WHEREAS, on June 16, 2011 the Court established the following: (a) deadline for the filing of the Second Amended Consolidated Complaint (the "Amended Complaint"); and (b) briefing schedule on defendants' prospective motions to dismiss:

- Amended Complaint shall be filed on or before July 25, 2011;
- Defendants' responses to the Amended Complaint shall be filed on or before September 13, 2011;
- If Defendants file motions challenging the Amended Complaint, Plaintiffs' opposition briefs will be due on or before October 28, 2011,
- Defendants' reply briefs will be due on or before November 22, 2011; and
- The hearing on the motion to dismiss will be held on December 16, 2011 at 9:00 a.m.

WHEREAS, Plaintiffs' counsel require an additional four days to July 29, 2011 to file the Amended Complaint in light of the complex legal and factual issues involved in this litigation;

WHEREAS, the parties believe that if the time to file the Amended Complaint is extended to July 29, 2011, then defendants time to respond to the Amended Complaint should be extended from September 13, 2011 to September 19, 2011;

WHEREAS, the parties believe that this additional time does not unduly prejudice the parties;

WHEREAS, Plaintiffs' counsel has conferred with counsel for E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc., and the Trustee does not object to this Stipulation;

WHEREAS, the parties believe the requested extension does not create undue delay, as all other deadlines will remain the same;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties through their counsel of record, and subject to Court approval, that:

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT BY FOUR DAYS
Case no. CV 09-04208-JSW

The schedule for Plaintiffs to file the Amended Complaint and for Defendants to respond shall be as follows:

- Plaintiffs' Second Amended Consolidated Complaint shall be filed on or before July 29, 2011;
- Defendants' responses to the Second Amended Consolidated Complaint shall be filed on or before September 19, 2011;
- If Defendants file motions challenging the amended complaint, Plaintiffs' opposition briefs will be due on or before October 28, 2011,
- Defendants' reply briefs will be due on or before November 22, 2011; and
- The hearing on the motion to dismiss will be held on December 16, 2011 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: July 21, 2011        LAURENCE M. ROSEN (SBN # 219683)
                            PHILLIP KIM (*pro hac vice*)

                            THE ROSEN LAW FIRM, P.A.

                            By:   /s/Phillip Kim
                                  Phillip Kim

                            Lead Counsel for Lead Plaintiff Kyung Cho

Dated: July 21, 2011        ANNA ERICKSON WHITE

                            MORRISON & FOERSTER LLP
                            By:   /s/ Anna Erickson White
                                  Anna Erickson White

                            Attorneys for Defendant Craig On, Dennis Wu, Joseph J. Jou, Pin Pin Chau, Li-Lin Ko, Godwin Wong, David Ng, Daniel P. Riley and Richard Li-Chung Wang

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT BY FOUR DAYS
Case no. CV 09-04208-JSW

| | | |
|---|---|---|
| Dated: July 21, 2011 | | TIMOTHY P. CRUDO |
| | | LATHAM & WATKINS LLP |
| | | By: /s/ Timothy P. Crudo |
| | |     Timothy P. Crudo |
| | | Attorneys for Defendant Thomas Wu |
| Dated: July 21, 2011 | | JAMES A. LASSART |
| | | ROPERS, MAJESKI, KOHN & BENTLEY |
| | | By: /s/ James A. Lassart |
| | |     James A. Lassart |
| | | Attorneys for Defendant Ebrahim Shabudin |
| Dated: July 21, 2011 | | ANTHONY P. SCHOENBERG |
| | | FARELLA BRAUN + MARTEL LLP |
| | | By: /s/ Anthony P. Schoenberg |
| | |     Anthony P. Schoenberg |
| | | Attorneys for Defendant John M. Kerr |
| Dated: July 21, 2011 | | DANIEL J. BERGESON |
| | | BERGESON, LLP |
| | | By: /s/ Daniel J. Bergeson |
| | |     Daniel J. Bergeson |
| | | Attorneys for Defendants Daniel M. Gautsch, Douglas Mitchell, and Robert Nagel |
| Dated: July 21, 2011 | | JEFFREY L. BORNSTEIN |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT BY FOUR DAYS
Case no. CV 09-04208-JSW

1                          K&L GATES LLP

2

3                          By: /s/ Jeffrey Bornstein
                                 Jeffrey L. Bornstein

4

5                             Attorneys for Defendant Burton Thompson

* Signed with permission of all defense counsel

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT BY FOUR DAYS
Case no. CV 09-04208-JSW

1  IT IS SO ORDERED.
2
3  Dated: _____July 25_____, 2011   _____
4                                          The Honorable Jeffrey S. White
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED
CONSOLIDATED COMPLAINT BY FOUR DAYS
Case no. CV 09-04208-JSW