| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Steven M. Bauer (SBN 135067)<br>(*Steven.Bauer@lw.com*) |
| 3 | Timothy P. Crudo (Bar No. 143835)<br>(*Timothy.Crudo@lw.com*) |
| 4 | Brendan K. Kelleher (Bar No. 275883)<br>(*Brendan.Kelleher@lw.com*) |
| 5 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538 |
| 6 | Telephone: 415.391.0600<br>Facsimile: 415.395.8095 |
| 7 | Attorneys for Defendant |
| 8 | THOMAS S. WU |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG, and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. CV-09-4208-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br><u>CLASS ACTION</u> |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

SF\874608.1

CASE NO. CV-09-4208-JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

# **STIPULATION**

WHEREAS, the parties to the above-referenced matter (the "Parties") are engaged in ongoing mediation before Hon. Daniel Weinstein (Ret.) in an effort to resolve the disputes at issue in this lawsuit;

WHEREAS, the current deadline for Defendants to respond to Plaintiffs' Consolidated Second Amended Complaint is September 19, 2011;

WHEREAS, the Parties believe it would promote efficiency and the conservation of the Court's and the Parties' resources to stay this lawsuit for a period of time in order to allow the Parties to continue to negotiate the terms and conditions of a final agreement;

THEREFORE, the Parties, through their respective counsel of record, hereby STIPULATE AND AGREE that:

1. The deadline for Defendants to respond to Plaintiffs' Consolidated Second Amended Complaint is continued ninety days, until December 19, 2011.

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45 (X)(B).

Dated: September 14, 2011    THE ROSEN LAW FIRM, P.A.

By    /s/ Phillip Kim
Phillip Kim
Attorneys for Lead Plaintiff Kyung Cho and
Lead Counsel for Plaintiffs

Dated: September 14, 2011    LATHAM & WATKINS LLP

By    /s/ Timothy P. Crudo
Timothy P. Crudo
Attorneys for Defendant Thomas S. Wu

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\874608.1

CASE NO. CV-09-4208-JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: September 14, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By     /s/ Anna Erickson White |
| | | Anna Erickson White |
| 4 | | Attorneys for Defendants Craig On, Dennis Wu, Li-Lin Ko, Joseph J. Jou, David S. Ng, Daniel P. Riley, Richard Li-Chung Wang, Godwin S. Wong, and Pin Pin Chau |
| 5 | | |
| 6 | | |
| 7 | Dated: September 14, 2011 | FARELLA BRAUN + MARTEL LLP |
| 8 | | |
| 9 | | By     /s/ Anthony P. Schoenberg |
| | | Anthony P. Schoenberg |
| | | Attorneys for Defendant John M. Kerr |
| 10 | | |
| 11 | Dated: September 14, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 12 | | |
| 13 | | By     /s/ James A. Lassert |
| | | James A. Lassert |
| | | Attorneys for Defendant Ebrahim Shabudin |
| 14 | | |
| 15 | Dated: September 14, 2011 | BERGESON LLP |
| 16 | | |
| 17 | | By     /s/ Daniel J. Bergeson |
| | | Daniel J. Bergeson |
| 18 | | Attorneys for Defendant Daniel M. Gautsch, Douglas Mitchell, and Robert Nagel |
| 19 | | |
| 20 | Dated: September 14, 2011 | K&L GATES LLP |
| 21 | | |
| 22 | | By     /s/ Jeffrey L. Bornstein |
| | | Jeffrey L. Bornstein |
| | | Attorneys for Defendant Burton Thompson |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 16, 2011

*/s/ Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\874608.1

CASE NO. CV-09-4208-JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT