JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Dennis Wu, Joseph J. Jou, Pin Pin Chau, Li-Lin Ko,
Godwin Wong, David Ng, Daniel P. Riley and
Richard Li-Chung Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG,<br><br>Defendants. | Master Case No. CV-09-4208-JSW (Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT AND RESPONSE THERETO**<br><br>**[Civil L.R. 6-1(b)]**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor |

STIPULATION AND [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT AND RESPONSE THERETO
Case No. CV 09-04208 JSW
sf-3074696

**STIPULATION**

WHEREAS, on May 17, 2011, the Court issued an Order dismissing the Consolidated Amended Complaint and granting Plaintiffs leave to file an amended complaint on or before June 24, 2011;

WHEREAS, Plaintiffs' deadline to file an amended complaint was extended to July 29, 2011;

WHEREAS, on July 29, 2011, Plaintiffs filed the Consolidated Second Amended Complaint;

WHEREAS, Defendants' deadline to respond to Plaintiffs' Consolidated Second Amended Complaint was extended to December 19, 2011;

WHEREAS, Plaintiffs intend to amend their complaint;

WHEREAS, Defendants in this action do not oppose the filing of an amended complaint;

WHEREAS, Defendants, by not opposing the filing of an amended complaint and by stipulating to the filing of an amended complaint, do not concede that Plaintiffs' Consolidated Second Amended Complaint or any amended complaint adequately pleads a claim, but rather expressly reserve all arguments and defenses they may have as to any amended complaint;

NOW, THEREFORE, the Parties stipulate pursuant to Civil Local Rule 6-1(b) and subject to Court approval, as follows:

1. Plaintiffs' Consolidated Third Amended Complaint shall be filed on or before January 9, 2012.

2. Defendants' responses to the Consolidated Third Amended Complaint shall be filed on or before February 23, 2012.

3. If Defendants file motions to dismiss the Consolidated Third Amended Complaint, Plaintiffs' opposition briefs will be due on or before April 9, 2012.

4. Defendants' reply briefs will be due on or before May 9, 2012.

5. Defendants shall notice their motions for hearing on June 1, 2012, at 9:00 a.m.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT AND RESPONSE THERETO
Case No. CV 09-04208 JSW
sf-3074696

1

| | | |
|---|---|---|
| 1 | Dated: December 7, 2011 | THE ROSEN LAW FIRM, P.A. |
| 2 | | |
| 3 | | By: /s/ Phillip Kim |
| 4 | | PHILLIP KIM |
| 5 | | Attorneys for Lead Plaintiff Kyung Cho and Lead Counsel for Plaintiffs |
| 6 | | |
| 7 | Dated: December 7, 2011 | JORDAN ETH |
| | | ANNA ERICKSON WHITE |
| 8 | | CRAIG D. MARTIN |
| 9 | | MORRISON & FOERSTER LLP |
| 10 | | |
| 11 | | By: /s/ Anna Erickson White |
| | | ANNA ERICKSON WHITE |
| 12 | | Attorneys for Dennis Wu, Joseph J. Jou, |
| 13 | | Pin Pin Chau, Li-Lin Ko, Godwin Wong, David Ng, Daniel P. Riley and Richard |
| 14 | | Li-Chung Wang, Craig On |
| 15 | | |
| 16 | Dated: December 7, 2011 | LATHAM & WATKINS LLP |
| 17 | | |
| 18 | | By: /s/ Timothy P. Crudo |
| | | Timothy P. Crudo |
| 19 | | Attorneys for Defendant Thomas S. Wu |
| 20 | | |
| 21 | Dated: December 7, 2011 | FARELLA BRAUN + MARTEL LLP |
| 22 | | |
| 23 | | By: /s/ Anthony P. Schoenberg |
| 24 | | Anthony P. Schoenberg |
| 25 | | Attorneys for Defendant John M. Kerr |

STIPULATION AND [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT AND RESPONSE THERETO
Case No. CV 09-04208 JSW
sf-3074696

2

| | | |
|---|---|---|
| 1 | Dated: December 7, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ James A. Lassart |
| 4 | | James A. Lassart |
| 5 | | Attorneys for Defendant Ebrahim Shabudin |
| 6 | | |
| 7 | Dated: December 7, 2011 | BERGESON LLP |
| 8 | | |
| 9 | | By: /s/ Daniel J. Bergeson |
| 10 | | Daniel J. Bergeson |
| 11 | | Attorneys for Defendants Daniel M. Gautsch, Douglas Mitchell, and Robert Nagel |
| 12 | | |
| 13 | | |
| 14 | Dated: December 7, 2011 | K&L GATES LLP |
| 15 | | |
| 16 | | By: /s/ Jeffrey L. Bornstein |
| 17 | | Jeffrey L. Bornstein |
| 18 | | Attorneys for Defendant Burton Thompson |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 8, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT AND RESPONSE THERETO
Case No. CV 09-04208 JSW
sf-3074696

3