|   |   |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
|   | JEth@mofo.com |
| 2 | ANNA ERICKSON WHITE (CA SBN 161385) |
|   | AWhite@mofo.com |
| 3 | CRAIG D. MARTIN (CA SBN 168195) |
|   | CMartin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, 32nd Floor |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Individual Defendants |
|   | Dennis Wu, Joseph J. Jou, Pin Pin Chau, Li-Lin |
| 8 | Ko, Godwin Wong, David Ng, Daniel P. Riley |
|   | and Richard Li-Chung Wang |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; PIN PIN CHAU; LI-LIN KO; JAMES KWOK; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; and RICHARD LI-CHUNG WANG,<br><br>Defendants. | Master Case No. CV-09-4208-JSW (Consolidated)<br><br>**CLASS ACTION**<br><br>**NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CRAIG ON**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor |

NOT. AND [PROP.] ORDER OF SUBSTITUTION OF COUNSEL FOR DEF. CRAIG ON
Case No. CV-09-4208-JSW

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, effective immediately, counsel of record for defendant

3  Craig On has changed. Craig On hereby substitutes Nanci L. Clarence and Nicole Howell

4  Neubert of Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109, (415) 749-

5  1694, as his counsel of record in place and instead of Morrison & Foerster LLP.

6  WE AGREE AND ACCEPT THIS SUBSTITUTION:

7  Dated: February 14, 2012        JORDAN ETH
                                    ANNA ERICKSON WHITE
8                                   CRAIG D. MARTIN
                                    MORRISON & FOERSTER LLP
9

10

                                    By:   /s/ Anna Erickson White
11                                        Anna Erickson White

12                                  Attorneys for Individual Defendants
                                    Dennis Wu, Joseph J. Jou, Pin Pin
13                                  Chau, Li-Lin Ko, Godwin Wong, David
                                    Ng, Daniel P. Riley and Richard Li-
14                                  Chung Wang

15

16  Dated: February 14, 2012        CRAIG ON

17

18                                  By:   /s/ Craig On
                                          Craig On
19

20  Dated: February 14, 2012        NANCI L. CLARENCE
                                    CLARENCE DYER & COHEN LLP
21                                  899 Ellis Street
                                    San Francisco, CA 94109
22                                  Telephone: (415) 749-1800
                                    Facsimile: (415) 749-1694
23

24
                                    By:   /s/ Nanci L. Clarence
25                                        Nanci L. Clarence

26                                  Attorney for Individual Defendant
                                    Craig On
27

28

NOT. AND [PROP.] ORDER OF SUBSTITUTION OF COUNSEL FOR DEF. CRAIG ON
Case No. CV-09-4208-JSW                                                                1

| | | |
|---|---|---|
| 1 | Dated: February 14, 2012 | NICOLE HOWELL NEUBERT |
| 2 | | CLARENCE DYER & COHEN LLP |
| | | 899 Ellis Street |
| 3 | | San Francisco, CA 94109 |
| | | Telephone: (415) 749-1800 |
| 4 | | Facsimile: (415) 749-1694 |

By: /s/ Nicole Howell Neubert
Nicole Howell Neubert

Attorney for Individual Defendant
Craig On

## [PROPOSED] ORDER

The foregoing substitution of counsel is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

Dated: February 15, 2012

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court Judge