IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYUNG CHO, ET AL., Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

  v.

UCBH HOLDINGS, INC., ET AL.,

    Defendants.

No. C 09-4208 JSW

**AMENDED ORDER VACATING HEARING ON MOTIONS TO DISMISS**

Defendants have filed motions to dismiss the Third Amended Complaint, set for hearing on June 1, 2012 (docket nos. 220, 222, 225, 226, 227, 228, and 230.) The matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and hereby VACATES the hearing set for June 1, 2012. *See* N.D. Civ. L.R. 7-1(b). A written ruling on the motions will issue in due course.

**IT IS SO ORDERED.**

Dated: May 31, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE