**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYUNG CHO, ET AL., Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

  v.

UCBH HOLDINGS, INC., ET AL.,

    Defendants.

No. C 09-4208 JSW

**ORDER SETTING AND CONTINUING HEARING ON MOTIONS TO DISMISS**

Defendant John Cinderey filed a motion to dismiss Plaintiff's Consolidated Third Amended Complaint ("CTAC") and noticed it to be heard on August 24, 2012. After August 24, 2012 had been closed for additional motions, Defendant Thomas Yu filed a motion to dismiss the CTAC and noticed it to be heard on August 24, 2012. Although Yu was told to re-notice his motion for an open date, he has not yet done so. Accordingly, the Court CONTINUES Cinderey's motion and SETS Yu's motion to both be heard on August 31, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE