IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYUNG CHO, ET AL., Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

UCBH HOLDINGS, INC., ET AL.,

Defendants.

No. C 09-4208 JSW

**ORDER REGARDING DISCOVERY STAY**

The Court has received the response from Defendants John Cinderey, Daniel M. Gautsch, Joseph Jou, John M. Kerr, Li-Lin Ko, Douglas Mitchell, Robert Nagel, David Ng, Craig S. On, Daniel P. Riley, Ebrahim Shabudin, Burton D. Thompson, Godwin S. Wong, Dennis Wu, Thomas S. Wu, Thomas Yu, and Richard Li-Chung Wang ("Individual Defendants") to the Court's Order to Show Cause. In light of the consent by the Individual Defendants to produce the documents that they have already provided to the FDIC, DOJ and the SEC, the Court HEREBY ORDERS the Individual Defendants to produce these documents to Plaintiffs by no later than November 26, 2012. The Court FURTHER ORDERS that all further discovery in this action is STAYED, including initial disclosures. The Court will reset a deadline for initial disclosures once the stay has been lifted. By February 22, 2012, the parties

//

///

///

shall meet and confer to determine whether the stay should be lifted or extended and shall file a stipulation or a status report indicating their respective positions if they cannot agree.

**IT IS SO ORDERED.**

Dated: November 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE