1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10   KYUNG CHO, ET AL.,                         No. C 09-04208 JSW (LB)

11                 Plaintiff(s),

                                                **ORDER REGARDING SETTLEMENT**
12          v.                                  **CONFERENCE PARTICIPATION AND**
                                                **LOGISTICS**
13   UCBH HOLDINGS, INC., ET AL.,
                                                [ECF Nos. 312, 313]
14                 Defendant(s).

15   _____/

16

17       The parties have a settlement conference set for February 26, 2013.  Four people ask to appear

18   telephonically.  *See* ECF Nos. 312, 313.

19       The undersigned observes the following.  *A*, some (but not all) of the parties asking to be

20   excused probably meet the extraordinary and unjustified hardship standard in the undersigned's

21   standard order.  *B*, there are logistics issues with this many participants, and while the court is still

22   considering the utility of different parties' participation, the court trusts that counsel would have

23   considered these issues in asking for appearances to be excused.  (At the same time, in-person

24   participation can be useful on many levels, and the problem with not attending is that these

25   opportunities are lost.)

26       At this point, the undersigned excuses the in-person attendance and directs the following.

27       *First,* video conferencing is an option.  For the two lawyers representing the four who want to be

28   excused, they should arrange to have their tech people contact (in one email) Stefan Curl (the IT

ORDER RE SETTLEMENT CONFERENCE
C 09-04208 JSW (LB)

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1   person here) by email to stefan_curl@cand.uscourts.gov.  The lawyers should tell the tech folks in

2   advance that the court's set-up is Polycam equipment, and we can do both ISDN and IP, although IP

3   would be dial-out only.  Also, possibly one location has the best set-up and can run the call.  This

4   should be accomplished first thing Monday morning, February 25 (as in, by 10 a.m.)

5       *Second*, the undersigned is stilling mulling logistics, but counsel should set up the following

6   dial-in numbers, both as a back-up in case video conferencing just is too late in the game, and also to

7   allow private consultations.  Mr. Bauer should set up a call-in number that will serve as the general

8   call-in number for all parties participating by phone.  He should circulate it to all defendants before

9   the hearing and by email to the court's orders box at lbpo@cand.uscourts.gov.   Then, he should

10  have his client's telephone number should confidential communications be necessary.  Ms. Park

11  should arrange a call-in number and circulate it to her clients in case separate confidential

12  communications are necessary with them.  (She can bring that to the settlement conference.)  She

13  also should have her clients' individual telephone numbers.  All clients must be on the phone or

14  video conference call during the entire settlement conference (as opposed to merely being available

15  for a call) (except to the extent that medical issues preclude full participation).

16      *Third*, Mr. Bauer (or his tech person) should update the undersigned and Mr. Curl by email to the

17  two email addresses above no later than Monday, February 26, 2013, at 3:30 p.m. with the logistics.

18      This disposes of ECF Nos. 312 and 313.

19      **IT IS SO ORDERED.**

20      Dated: February 24, 2013

        LAUREL BEELER
21      United States Magistrate Judge

22

23

24

25

26

27

28

ORDER RE SETTLEMENT CONFERENCE
C 09-04208 JSW (LB)                              2