UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, | No. C 09-04208 JSW (LB) |
| Plaintiff(s), | **AMENDED NOTICE AND ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| UCBH HOLDINGS, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled **with Anna Erickson White and Jordon Eth only** for **May 20, 2013**, **at 4:00 p.m.**, 15th Floor, Courtroom C, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. **The court allots one hour for the settlement conference.**

If counsel are not available on that date, or if they believe that a settlement conference would be more productive at a different time, counsel shall confer on a new date and then contact courtroom deputy Lashanda Scott **within a week** at 415-522-3140. Updated Settlement Conference Statements to be sent to the court's orders box: lbpo@cand.uscourts.gov by May 10, 2013. Counsel need not repeat their earlier Settlement Conference Statements in any updated statement and instead should add new information only.

**IT IS SO ORDERED.**

Dated: April 24, 2013

LAUREL BEELER
United States Magistrate Judge

NOTICE AND ORDER RE SETTLEMENT CONFERENCE
C 09-04208 JSW (LB)