✎ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

KYUNG CHO, et al.

               Plaintiff (s),

V.

UCBH HOLDINGS, INC., et al.

               Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** CV 09-4208-JSW (LB)

Notice is hereby given that, subject to approval by the court, Ebrahim Shabudin substitutes
                                                (Party (s) Name)

James A. Lassart , State Bar No. 40913 as counsel of record in
      (Name of New Attorney)

place of the law firm of ROPERS, MAJESKI, KOHN & BENTLEY.
                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    MURPHY, PEARSON, BRADLEY & FEENEY

    Address:      88 Kearny Street, 10th Floor, San Francisco, CA 94108

    Telephone:   (415) 788-1900         Facsimile (415) 393-8087

    E-Mail (Optional):   JLassart@mpbf.com

I consent to the above substitution.

Date:    August 5 , 2013

                                      (Signature of Party (s))
                          Ebrahim Shabudin

I consent to being substituted.

Date:    August 5 , 2013

                                  (Signature of Former Attorney (s))
                          James A. Lassart for Ropers, Majeski, Kohn & Bentley

I consent to the above substitution.

Date:    August 20, 2013

                                  (Signature of New Attorney)
                          Timothy Halloran for Murphy, Pearson, Bradley & Feeney

The substitution of attorney is hereby approved and so ORDERED.

Date:    August 28, 2013

                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com