Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for defendant JOHN CINDEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guohua Zhu, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UCBH HOLDINGS, INC., et al., <br><br> Defendants. | Case No. CV 09-4208 JSW (LB) <br><br> **STIPULATION, MOTION FOR ADMINISTRATIVE RELIEF, AND [PROPOSED] ORDER STAYING CIVIL ACTION** <br><br> Court: Hon. Jeffrey S. White <br> Rule: Civil Local Rule 7-11 |

**THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE TO AND MOVE FOR THE FOLLOWING RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11:**

1. This is a putative class action securities fraud lawsuit brought by plaintiff, Guohua Zhu, and others similarly situated, against UCBH Holdings, Inc., ("UCBH"), a formerly publicly traded company, and various former UCBH officers and directors, towit, Thomas Wu, Ebrahim Shabudin, Craig On, Robert Nagel, Douglas Mitchell, Daniel Gautsch, John Kerr, Burton Thompson, John Cinderey, Joseph J. Jou, Li-Lin Ko, Godwin Wong, David Ng, Daniel P.

1  Riley, Richard Li-Chung Wang, Dennis Wu and Thomas Yu (collectively, the "Individual Defendants").

2. UCBH's wholly-owned subsidiary, United Commercial Bank ("the Bank"), failed on November 6, 2009 and the FDIC was appointed receiver and sold the Bank's assets to East West Bancorp. The FDIC has made a "no value" determination as to Bank assets, finding the assets of the Bank insufficient to distribute to general unsecured claims. Various governmental entities, including the U.S. Department of Justice, the FDIC and the SEC have conducted and continue to conduct investigations into the circumstances of the Bank's failure.

3. On November 24, 2009, UCBH filed a petition for Chapter 7 bankruptcy in the U.S. Bankruptcy Court for the Northern District of California.

4. On September 15, 2011, two of the individual defendants in this civil case, Ebrahim Shabudin and Thomas Yu, were indicted in the Northern District of California on various criminal charges, including securities fraud. *United States v. Shabudin and Yu*, CR 11-664 JSW. On November 15, 2011, this Court determined that *United States v. Shabudin and Yu* was related to this civil case, as defined by Crim. L.R. 8-1(b), and ordered the Clerk of Court to reassign *United States v. Shabudin and Yu* to this Court. (CR 11-664 JSW, DKT # 23)

5. On November 13, 2012, upon the consent of the Individual Defendants in this civil case to produce documents that they had already produced to the FDIC, DOJ and the SEC, the Court entered an order staying discovery. (DKT # 302). On November 16, 2012, at the request of the Individual Defendants, the Court referred the case to a randomly-assigned United States Magistrate Judge for a settlement conference. (DKT # 305) On February 26, 2013, Magistrate Judge Laurel Beeler held a settlement conference with all parties. (DKT # 317).

6. Since the February 26, 2013 settlement conference, in a process facilitated by Magistrate Judge Beeler, the parties have continued to meet and confer concerning possible settlement of the case. (DKT #s 319-322; 327-331). The parties have determined that progress toward resolution of the case is unlikely before the outcome of *United States v. Shabudin and Yu* is known and that a stay of this civil case would best facilitate ultimate resolution.

7. On June 3, 2014, this Court set a trial date of February 9, 2015 in *United States v. Shabudin and Yu* (CR 11-664 JSW, DKT # 188). On September 8, 2014, the Court set an October 7, 2014 change of plea hearing for Thomas Yu (CR 11-664 JSW, DKT # 207). The criminal case pending against Ebrahim Shabudin remains set for trial on February 9, 2015. All parties in this civil case hereby stipulate and move that this civil action be stayed in its entirety as to all parties until further order by the Court, to be entered after the conclusion of trial in *United States v. Shabudin and Yu*.

IT IS SO STIPULATED.

Dated: September 15, 2014            Respectfully submitted,
/s/ .
Laurence M. Rosen
THE ROSEN FIRM P.A.
Attorney for GUOHUA ZHU individually
and on behalf of all other similarly situated

Dated: September 15, 2014            Respectfully submitted,
/s/ .
Steven M. Bauer
LATHAM & WATKINS LLP
Attorney for THOMAS WU

Dated: September 15, 2014            Respectfully submitted,
/s/ .
James A. Lassart
MURPHY PEARSON BRADLEY & FEENEY LLP
Attorney for EBRAHIM SHABUDIN

Dated: September 15, 2014            Respectfully submitted,
/s/ .
Nanci L. Clarence
CLARENCE DYER & COHEN LLP
Attorney for CRAIG ON

| | | |
|---|---|---|
| 1 | Dated: September 15, 2014 | Respectfully submitted, |
| 2 | |                /s/                . |

Dated: September 15, 2014    Respectfully submitted,
                                                   /s/                              .
                             Daniel J. Bergeson
                             BERGESON LLP
                             Attorney for
                             ROBERT NAGEL
                             DOUGLAS MITCHELL
                             DANIEL GAUTSCH

Dated: September 15, 2014    Respectfully submitted,
                                                   /s/                              .
                             Anthony P. Schoenberg
                             FARELLA BRAUN MARTEL LLP
                             Attorney for JOHN KERR

Dated: September 15, 2014    Respectfully submitted,
                                                   /s/                              .
                             Jeffrey L. Bornstein
                             K&L GATES LLP
                             Attorney for BURTON D. THOMPSON

Dated: September 15, 2014    Respectfully submitted,
                                                   /s/                              .
                             Mary McNamara
                             SWANSON & McNAMARA LLP
                             Attorney for JOHN CINDEREY

Dated: September 15, 2014    Respectfully submitted,
                                                   /s/                              .
                             Anna Erickson White
                             MORRISON & FOERSTER LLP
                             Attorney for
                             JOSEPH J. JOU
                             LI-LIN KO
                             GODWIN WONG
                             DAVID NG
                             DANIEL P. RILEY
                             RICHARD LI-CHUNG WANG
                             DENNIS WU

Dated: September 15, 2014

Respectfully submitted,

_____/s/_____.
Jill B. Rowe
COOPER WHITE & COOPER LLP
Attorney for THOMAS YU

### ORDER

Pursuant to the foregoing stipulation and motion, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is stayed in its entirety as to all parties until further order by the Court, to be entered after the conclusion of trial in *United States v. Shabudin and Yu*.

**IT IS SO ORDERED**

Dated: September 16, 2014

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California