**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYUNG CHO, ET AL., Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

UCBH HOLDINGS, INC., ET AL.,

    Defendants.

No. C 09-04208 JSW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

THOMAS S. WU, et al.,

    Defendant.

No. C 11-04988 JSW

**ORDER REGARDING CASE MANAGEMENT CONFERENCE AND FURTHER SETTLEMENT CONFERENCE**

The Court HEREBY LIFTS the stay in Case No. C 09-04208. Pursuant to Northern District Local Rule 72-1, both matters are REFERRED Magistrate Judge Beeler for the purposes of a settlement conference, to be completed, if possible, by no later than July 21, 2015. The Court FURTHER ORDERS that the case management conference in Case No. C 11-04988

///

///

///

is continued to, and that a further case management conference in Case No. C 09-04208 shall be held on, July 31, 2015 at 11:00 a.m.  A joint case management conference statement shall be due on or before July 24, 2015.

**IT IS SO ORDERED.**

Dated: April 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE