Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Jonathan Stern, Esq. (pro hac vice)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10116
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYUNG CHO; REX DECHAKUL; AND DAVID HWANG; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC.; THOMAS S. WU; THOMAS YU; EBRAHIM SHABUDIN; CRAIG ON; DENNIS WU; ROBERT NAGEL; JOHN M. KERR; DANIEL M. GAUTSCH; DOUGLAS MITCHELL; BURTON D. THOMPSON; JOHN CINDEREY; JOSEPH J. JOU; LI-LIN KO; QINGYUAN WAN; GODWIN WONG; DAVID NG; DANIEL P. RILEY; RICHARD LI-CHUNG WANG; and JOHN DOES 1-10,<br><br>Defendants. | Master Case No.   CV-09-4208-JSW (Consolidated)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Jeffery S. White |

1    WHEREAS, Plaintiffs filed their Consolidated Amended Complaint for Violations of the
2  Federal Securities Laws on August 10, 2010;

3    WHEREAS, this Court entered an Order on September 16, 2014, staying this case until
4  the conclusion of *United States v. Shabudin and Yu*;

5    WHEREAS, this Court entered an Order on April 21, 2015, lifting the stay, referring the
6  parties to Judge Beeler for the purposes of completing a settlement conference by July 21, 2015,
7  and setting a case management conference for July 31, 2015 at 11:00 a.m.;

8    WHEREAS, following the parties' request to stay the above-referenced case management
9  conference, the court stayed the conference to November 13, 2015;

10   WHEREAS, Plaintiffs' counsel has an unforeseen family obligation on November 13,
11  2015 outside of the country that cannot be moved.

12   THEREFORE, IT IS STIPULATED AND AGREED, by and among the parties and their
13  respective counsel of record, that the Case Management Conference in this matter currently
14  scheduled for November 13, 2015, should be continued, and ask that the Court continue the Case
15  Management Conference to December 4, 2015, or as soon thereafter as the Court shall require.

17  Dated: August 11, 2015                    MORRISON & FOERSTER LLP

19                                            By:  \s\
20                                            Stuart C. Plunkett
                                              Attorneys for Outside Director Defendants
21                                            Dennis Wu, Joseph J. Jou, Li-Lin Ko, Godwin S.
                                              Wong, David Ng, Daniel P. Riley and Richard Li-
22                                            Chung Wang

24  Dated: August 11, 2015                    LATHAM &WATKINS LLP

26                                            By:  \s\
                                              Steven M. Bauer
27                                            Attorneys for Defendant Thomas S. Wu

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    1
Case No. CV 09-04208 JSW
sf-3554716

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 11, 2015 | COOPER, WHITE & COOPER LLP |
| 3 | | |
| 4 | | |
| 5 | | By: \s\ <br> Edward L. Seidel |
| 6 | | Attorneys for Defendant Thomas Yu |
| 7 | | |
| 8 | Dated: August 11, 2015 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 9 | | |
| 10 | | By: \s\ <br> Jeffrey L. Borenstein |
| 11 | | Attorneys for Defendant Burton D. Thompson |
| 12 | Dated: August 11, 2015 | BERGESON, LLP |
| 13 | | |
| 14 | | By: \s\ |
| 15 | | Caroline McIntyre <br> Attorneys for Defendants Daniel M. Gautsch, |
| 16 | | Douglas Mitchell, and Robert Nagel |
| 17 | Dated: August 11, 2015 | FARELLA BRAUN + MARTEL LLP |
| 18 | | |
| 19 | | |
| 20 | | By: \s\ <br> William P. Keane |
| 21 | | Attorneys for Defendant John M. Kerr |
| 22 | | |
| 23 | Dated: August 11, 2015 | SWANSON & MCNAMARA LLP |
| 24 | | |
| 25 | | By: \s\ <br> Mary McNamara |
| 26 | | Attorneys for Defendant John Cinderey |
| 27 | | |
| 28 | Dated: August 11, 2015 | MURPHY, PEARSON, BRADLEY & FEENEY |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      2
Case No. CV 09-04208 JSW

|   |   |
|---|---|
|   | By: \s\ |
|   | James A. Lassart |
|   | Attorneys for Defendant Ebrahim Shabudin |

Dated: August 11, 2015        CLARENCE DYER & COHEN LLP

By: \s\
Nanci L. Clarence
Attorneys for Defendant Craig S. On

Dated: August 11, 2015        THE ROSEN LAW FIRM P.A.

By: \s\ Jonathan Stern
Jonathan Stern
Attorneys for Plaintiffs Kyung Cho, Rex Dechakul, and David Hwang, Individually and on behalf of All Others Similarly Situated

**ATTESTATION**

I, Jonathan Stern, am the ECF User whose ID and password are being used to file this **STIPULATION** AND [PROPOSED] ORDER TO **CONTINUE CASE MANAGEMENT CONFERENCE.**  In compliance with Civil L.R. 5-1, I hereby attest that Steven M. Bauer, Edward L. Seidel, Jeffrey L. Borenstein, Caroline McIntyre, William P. Keane, Mary McNamara, James A. Lassart, and Nanci L. Clarence concurred in this filing.

1 **[PROPOSED] ORDER**

2     Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED

3 THAT the Case Management Conference scheduled for November 13, 2015, at 11:00 a.m. is

4 continued to December 4, at 11:00 a.m. The parties shall submit an updated case management statement by no later than November 20, 2015.

5     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 DATED: August 11, 2015                    _____
                                             Hon. Jeffery S. White
9                                            Judge of the District Court

[PROPOSED] ORDER                                                                           1
Case No. CV 09-04208 JSW