UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOHUA ZHU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No.  09-cv-04208-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 371, 372 |

The Court has received the parties' November 20, 2015 case management statement and November 23, 2015 stipulation and proposed order.  The Court DENIES the parties' request to vacate the case management conference.  However, the Court hereby CONTINUES the case management conference to January 15, 2016, at 11:00 a.m.  The parties shall file a joint case management statement no later than five court days prior to the conference.  If this case is dismissed prior to the case management conference, the case management conference and the deadline to file the joint case management statement shall be vacated.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
JEFFREY S. WHITE
United States District Judge