UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOHUA ZHU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UCBH HOLDINGS, INC., et al.,<br><br>    Defendants. | Lead Case Case No. 09-cv-04208-JSW<br><br>Member Case Nos.   09-cv-4429-JSW<br>                    09-cv-4449-JSW<br>                    09-cv-4513-JSW<br>                    09-cv-4505-JSW<br><br>**ORDER DISMISSING CONSOLIDATED ACTIONS**<br><br>Re: Dkt. No. 376 |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby ORDERS that all claims that remain in these consolidated cases following the Court's January 6, 2016 Order, are hereby DISMISSED WITHOUT PREJUDICE as to all remaining parties. Pursuant to the parties' stipulation, each side shall bear their own costs. The Clerk shall close the file in each of these consolidated cases.

**IT IS SO ORDERED.**

Dated: January 15, 2016

JEFFREY S. WHITE
United States District Judge